

 Outlook

---

## FW: Jesus Rodriguez Delgado A 216-781-447, Cuba//Requets for Release

---

**From** Ada Pozo <apozo@pozogoldstein.com>

**Date** Wed 6/11/2025 4:29 PM

**To**   David Sebastian <davsebastian@hotmail.com>

FYI, they did speak and she basically said, I can't so anything about it, he's subject to ER and would nor explain how given that he has been here 2 years +

ADA B. POZO, ESQ

**\*NEW MIAMI ADDRESS\*** 3401 North Miami Ave., Ste. 235, Miami, FL 33127

Pozo Goldstein, LLP | Immigration Law
Miami 305-856-0400 | New York 212-201-9031
Orlando 407-956-4359 | WPB 561-578-4977

The information contained in this electronic message is privileged and/or confidential and is intended only for the use of the individual or entity named above. If you are not the intended recipient, or if you are responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is not authorized, allowed or intended by the sender. If you have received this communication in error, please immediately notify us by telephone at the above number and forward the original message to the sender above. Thank you.

---

**From:** Cruz, Janelle C <janelle.c.cruz@ice.dhs.gov>
**Sent:** Monday, June 9, 2025 7:39 AM
**To:** Nathaly Henriquez <nathaly@pozogoldstein.com>
**Cc:** Ada Pozo <apozo@pozogoldstein.com>; Diana Cordova <diana@pozogoldstein.com>
**Subject:** RE: Jesus Rodriguez Delgado A 216-781-447, Cuba//Requets for Release

Good morning,

Please let me know when is a good time to reach you at the below cell phone number.

*Janelle C. Cruz*
Assistant Chief Counsel
U.S. Department of Homeland Security
Immigration and Customs Enforcement
333 S. Miami Avenue, Suite 200
Miami, FL 33130
(305) 400-6160

**\*\*\* ATTORNEY/CLIENT PRIVILEGE \*\*\* ATTORNEY WORK PRODUCT \*\*\***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission,

dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).

**From:** Nathaly Henriquez <nathaly@pozogoldstein.com>
**Sent:** Friday, June 6, 2025 3:02 PM
**To:** Cruz, Janelle C <janelle.c.cruz@ice.dhs.gov>
**Cc:** Ada Pozo <apozo@pozogoldstein.com>; Diana Cordova <diana@pozogoldstein.com>
**Subject:** Fw: Jesus Rodriguez Delgado A 216-781-447, Cuba//Requets for Release
**Importance:** High

You don't often get email from nathaly@pozogoldstein.com. Learn why this is important

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi Counsel,

I hope you are doing well. Do you have a few minutes to discuss this case?

His case was dismissed last week, but I don't understand why ICE thinks Mr. Rodriguez is subject to ER. He was paroled into the U.S. and has been here for 5 years. His previous NTA did not mark him as AA. He has an AOS pending with USCIS. No criminal record, no reason why he would not be able to adjust. I reached out to ICE, and they said to contact you.

I just called you and left you a VM. My cell is 786-543-1946.

Thank you,

**Nathaly Henriquez, Esq.**
Associate Attorney
Pozo Goldstein, LLP.
3401 N. Miami Avenue, Suite 235
Miami, FL 33127
T: 305-856-0400
F: 305-722-3838

**From:** Quinn, Joseph M <joseph.m.quinn@ice.dhs.gov>
**Sent:** Friday, June 6, 2025 2:44 PM
**To:** Nathaly Henriquez
**Cc:** Ada Pozo; Diana Cordova; Parra, Charles; 'jesus.r.gonzalezalveiro@ice.dhs.gov'
**Subject:** RE: Jesus Rodriguez Delgado A 216-781-447, Cuba//Requets for Release

Good Afternoon Counselor Henriquez,

Reviewing this case IJ motion to dismiss granted at last hearing. Subject has been at El Paso facility (7days) . You may want to reach out to Janelle Cruz who is the govt attorney for this case because the alien is amenable to ER.

Respectfully, Joseph Quinn

Deportation Officer.

---

**From:** Nathaly Henriquez <nathaly@pozogoldstein.com>
**Sent:** Friday, June 6, 2025 2:28 PM
**To:** 'jesus.r.gonzalezalveiro@ice.dhs.gov' <jesus.r.gonzalezalveiro@ice.dhs.gov>; Quinn, Joseph M <joseph.m.quinn@ice.dhs.gov>
**Cc:** Ada Pozo <apozo@pozogoldstein.com>; Diana Cordova <diana@pozogoldstein.com>; Parra, Charles <charles.parra@ice.dhs.gov>
**Subject:** Jesus Rodriguez Delgado A 216-781-447, Cuba//Requets for Release

Some people who received this message don't often get email from nathaly@pozogoldstein.com. Learn why this is important

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good Afternoon Officers,

We represent Mr. Rodriguez with his case. He was arrested at the Miami Immigration Court a few days ago on about May 30, 2025, after the judge dismissed his case. Mr. Rodriguez has a **pending** application for adjustment of status under the CAA with USCIS. He was paroled into the U.S. o May 17, 2021, and does not have any criminal convictions that could disqualify him from adjusting his status. Also, he is not subject to expedited removal rules. I am not quite sure why he was arrested but I trust that upon review of the documents showing what I just explained you would agree to his release.

I understand he is being transferred to another facility and if based on that this request is not for you to oversee, I ask that you please forward this email to the appropriate person.

If you need any further information, please do not hesitate to email or call me 786-543-1946.

Thank you,

**Nathaly Henriquez, Esq.**

Associate Attorney

Pozo Goldstein, LLP.

3401 N. Miami Avenue, Suite 235

Miami, FL 33127

T: 305-856-0400

F: 305-722-3838



DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO APPEAR

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID:368793866          FINS #:1305995627          File No: A216 781 447
                              DOB: 04/12/1961                    Event No:LAS2008000043

In the Matter of:

                              JESUS MARIA RODRIGUEZ-DELGADO

Respondent: ————————————————————————————————————————————          currently residing at:

CASA DEL MIGRANTE CALLE SATURNO #1855 COL. SATELITE CUIDAD JUAREZ, CHIHUAHUA, MEXICO 32540      011 6566870676

(Number, street, city, state and ZIP code)                    (Area code and phone number)

☐ You are an arriving alien.

☐ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of CUBA and a citizen of CUBA ;
3. You arrived in the United States at or near EL PASO,  TX , on or about August 17, 2020 ;
4. You were not then admitted or paroled after inspection by an Immigration Officer.
5. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act;

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:          ☐ 8CFR 208.30     ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

                    700 E. SAN ANTONIO, STE 750     EL PASO TX US 79901
                    (Complete Address of Immigration Court, including Room Number, if any)

on December 22, 2020 at    08:30 AM      to show why you should not be removed from the United States based on the
   (Date)                   (Time)

charge(s) set forth above.        DAVID CARABAJAL                    ACTING PATROL AGENT IN CHARGE
                                  (Signature and Title of Issuing Officer) (Sign in ink)

Date: August 19, 2020                              El Paso, Texas
                                                    (City and State)

DHS Form I-862 (2/20)                                              Page 1 of 3

DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF CUSTODY DETERMINATION

Alien's Name: JESUS MARIA RODRIGUEZ-DELGADO

A-File Number: A216 781 447

Date: 08/19/2020

FIN: 1305995627

Event ID: LAS2008000043       Subject ID: 368793866

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☐ Detained by the Department of Homeland Security.

☒ Released (check all that apply):

  ☐ Under bond in the amount of $ _____

  ☐ On your own recognizance.

  ☒ Under other conditions. [Additional document(s) will be provided.]

DAVID CARABAJAL
Name and Signature of Authorized Officer

08/19/2020 1637
Date and Time of Custody Determination

ACTING PATROL AGENT IN CHARGE
Title

El Paso, Texas
Office Location/Address

---

You may request a review of this custody determination by an immigration judge.

☒ I acknowledge receipt of this notification, and

  ☒ I **do** request an immigration judge review of this custody determination.

  ☐ I **do not** request an immigration judge review of this custody determination.

Signature of Alien

08/19/2020
Date

---

The contents of this notice were read to JESUS MARIA RODRIGUEZ-DELGADO in the SPANISH language.
                                        (Name of Alien)                    (Name of Language)

RIVERA, JOSE
Name and Signature of Officer

NONE
Name or Number of Interpreter (if applicable)

Border Patrol Agent
Title

DHS Form I-286 (1/14)



Alien Name: JESUS M RODRIGUEZ-DELGADO     A-File Number: A- 216-781-447

You have been identified for processing under the Migrant Protection Protocols and have been issued a Form I-862 Notice to Appear (NTA) for proceedings before an immigration court where you may apply for all forms of relief available under the Immigration and Nationality Act. Pursuant to U.S. law, including section 240 of the Immigration and Nationality Act and implementing regulations, an immigration judge will determine whether you are removable from the United States, and if you are, whether you are eligible for relief or protection from removal. While you will be able to pursue such relief or protection under the same terms and conditions as any alien in section 240 proceedings, pursuant to U.S. law, you will be returned to Mexico and may not attempt to enter the United States until you return to the appropriate port of entry on the date of your hearing before an immigration judge.

The NTA provides the date and time of your first hearing before an immigration judge in the United States at the court identified on your NTA. On the date of your hearing, you must report to the _____ Paso del Norte _____ port of entry, located at 1000 S. El Paso St, EP,TX , at the date and time listed below. If your case cannot be completed in one hearing, the immigration court will provide you with a Notice of Hearing in Removal Proceedings, indicating the date and time for any subsequent hearings.

- You may call the immigration court at 1-800-898-7180 to obtain case status information 24 hours a day, 7 days a week. If you are calling from outside of the United States, you should dial 001-880-898-7180.

You should arrive at the port of entry listed above at ____ 0430 ____ a.m./p.m. on ____ 12/22/2020 ____ to ensure that you have time to be processed, transported to your hearing and meet with attorney or accredited representative (if you arrange to be represented during your removal proceedings). The U.S. Government will provide transportation for you from the designated port of entry to the court on the day of your hearing. If you fail to arrive at the appropriate time, you may be ordered removed in absentia.

- When you arrive at the designated port of entry for your hearing, you should bring your NTA or Notice of Hearing in Removal Proceedings and any available government-issued identification and/or travel documents.

- When you arrive at the designated port of entry for your hearing, you should bring any minor children or other family members who arrived with you to the United States and received an NTA for the same date and time, unless otherwise instructed by a U.S. immigration judge.

You have the statutory privilege of being represented by attorney or accredited representative of your choosing who is authorized to practice before an immigration court in the United States, at no expense to the U.S. Government.

- You have been provided with a List of Legal Service Providers, which has information on low cost or free legal service providers practicing near the immigration court where your hearing(s) will take place.

  ° A list of legal service providers is also available on the Executive Office for Immigration Review website at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers.

2022049398840  2904094 900389 69 4729568 031423 22:33 031323 NFR_FLTS-660867



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

## PROTOCOLS DE PROTECCIÓN DEL MIGRANTE
Información de Procesamiento Inicial

Nombre: JESUS M RODRIGUEZ-DELGADO    Número de registro: A- 216-781-447

Usted ha sido identificado para procesamiento bajo los Protocolos de Protección del Migrante y se le ha expedido un Formulario I-862, Citatorio (NTA, por sus siglas en inglés), para procedimientos ante una corte de inmigración, donde podrá solicitar todas las formas de alivio de inmigración disponibles bajo la Ley de Inmigración y Nacionalidad. Cumpliendo con las leyes de los Estados Unidos, incluso la sección 240 de la Ley de Inmigración y Nacionalidad y la implementación de regulaciones, un juez de inmigración determinará si usted es sujeto a remoción de los Estados Unidos, y en caso de serlo, si es elegible o no a alivio o protección de remoción. Aunque usted podrá buscar ese alivio o protección bajo los mismos términos y condiciones de cualquier extranjero, en los procedimientos de la sección 240, de acuerdo a las leyes de los Estados Unidos, usted será devuelto a México y no podrá intentar entrar a los Estados Unidos hasta que regrese al puerto de entrada apropiado en la fecha de su audiencia ante un juez de inmigración.

La NTA, proporciona la fecha y hora de su primera audiencia ante un juez de inmigración en los Estados Unidos en la corte identificada en su NTA. En la fecha de su audiencia, usted debe presentarse al puerto de entrada ___Paso del Norte___, localizado en 1000SElPasoSt,EP,TX, en la fecha y hora listada más abajo. Si su caso no puede completarse en una sola audiencia, la corte de inmigración le proveerá una Notificación de Audiencia en Procedimientos de Remoción, que indica la fecha y hora de cualquier audiencia subsecuente.

- Usted puede llamar a la corte de inmigración al teléfono 1-800-898-7180 para obtener información de su caso las 24 horas al día, los 7 días de la semana. Si está llamando desde fuera de Estados Unidos, usted debe marcar 001-880-898-7180.

Usted debe llegar al puerto de entrada listado arriba a las ___0430___ a.m./p.m. el _12/22/2020_ para asegurarse de tener tiempo para ser procesado, transportado a su audiencia y para que pueda reunirse con su abogado o representante acreditado (si usted hace arreglos para ser representado durante sus procedimientos de remoción). El Gobierno de los Estados Unidos le proporcionará transportación desde el puerto de entrada designado hasta la corte el día de su audiencia. Si usted falla en llegar en la fecha y hora apropiadas, podría ordenarse su remoción en ausencia.

- Al llegar al puerto de entrada designado para su audiencia, debe traer consigo la NTA o Notificación de Audiencia en Procesos de Remoción, así como cualquier identificación emitida por el gobierno y/o documentos de viaje.

- Al llegar al puerto de entrada designado para su audiencia, debe traer cualquier menor o otro familiar que haya entrado a los Estados Unidos con usted y que recibieron una NTA para la misma fecha y hora.

Usted tiene el privilegio legal de ser representado por un abogado o representante acreditado de su elección, que esté acreditado para ejercer la práctica de inmigración ante una corte de inmigración de los Estados Unidos, sin cargo al gobierno estadounidense.

- A usted se le proporcionó anteriormente un Listado de Proveedores de Servicios Legales, la cual contiene información acerca de servicios de bajo costo o gratuitos de parte de los proveedores legales que practican cerca de la corte de inmigración donde su audiencia(s) tendrá lugar.

  - Un listado de los proveedores de servicios legales también está disponible en el sitio web de la Oficina Ejecutiva para la Revisión de Inmigración en https://www.justice.gov/eoir/list-pro-bono-legal-service-providers.

Government through any available mechanism, including the following, as applicable:

- You may consult with your counsel by telephone, email, video conference, or any other remote communication method of your choosing.
- You may arrange to consult with your counsel in person at a location in Mexico of your choosing.
- On the day of your immigration hearing, you may arrange to meet with your counsel in-person, in the United States, at your assigned court facility, prior to that hearing.

_____          08/19/2020
            Alien Signature                                    Date

2023049398840   2904094 900389 C9 .729568 031423 22:33 031323 NFR_ELTS-660867





An official website of the United States government
Here's how you know



EOIR    Automated Case Information

---

**Court Closures Today**  June 10, 2025

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home  >  **RODRIGUEZ-DELGADO, JESUS MARIA (216-781-447)**



# Automated Case Information

**Name:** ==RODRIGUEZ-DELGADO, JESUS MARIA | A-Number:
216-781-447 | Docket Date: 8/25/2020==

 **Next Hearing Information**



*There are no future hearings for this case.*

 **Court Decision and Motion Information**

The immigration judge ordered **DISMISSAL**.

**DECISION DATE**

May 30, 2025

**COURT ADDRESS**

333 SOUTH MIAMI AVE., STE.700

MIAMI, FL 33130

 ## BIA Case Information

An appeal is due by June 30, 2025.

 ## Court Contact Information

If you require further information regarding your case, or wish to file
additional documents, please contact the immigration court.

**COURT ADDRESS**

333 SOUTH MIAMI AVE., STE. 700

MIAMI, FL 33130

**PHONE NUMBER**

(305) 789-4221

Archive

Accessibility

Information Quality

Privacy Policy

Legal Policies & Disclaimers

Social Media

Budget & Performance

Office of the Inspector General

No FEAR Act

For Employees
EOIR Freedom of Information Act (FOIA)

USA.gov

Contact EOIR

EOIR Home

Justice.gov
Immigration Court Online Resource

Contact Technical Support

This site is protected by hCaptcha:

hCaptcha Privacy Policy

hCaptcha Terms of Service

---

Department of Justice | Executive Office for Immigration Review

*5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041*

 EOIR | Automated Case Information



## For: **JESUS RODRIGUEZ-DELGADO**



**U.S. Customs and Border Protection**
*Securing America's Borders*

### Most Recent I-94

Admission (I-94) Record Number :
**602359771A2**
Most Recent Date of Entry: **2021 May 17**

Class of Admission : **DT**
Admit Until Date : **05/15/2022**
Details provided on the I-94
Information form:

Last/Surname :
**RODRIGUEZ-DELGADO**
First (Given) Name : **JESUS**
Birth Date : **1961 April 12**
Passport Number : **216781447**
Country of Issuance : **Cuba**

[ Get Travel History ]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

# For Your Info .

Effective April 26, 2013, DHS began automating the admission process.

An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94.

A record of admission printed from the CBP website constitutes a lawful record of admission. *See 8 CFR § 1.4(d).*



# PAROLED (DT) – PORT OF ENTRY GUIDANCE

UPDATED: FEBRUARY 2020



# PAROLED (DT) DISPOSITION GUIDANCE



FOR OFFICIAL USE ONLY



## INITIAL INFORMATION ON PAROLED (DT) – PORT OF ENTRY

An alien can be considered for parole if he or she is inadmissible or removable from the United States. The "DT" and "DE" codes were created to justify the reason for parole in specific cases.

To ensure that reasons for a port parole are consistent across OFO, users are now prompted to select a reason from the available dropdown menu and annotate an approving supervisor.

*Note: As a reminder, the parole of an alien into the United States must be documented on a Form I-94 and include the parole stamp.*

CBP FOIA 000047

# PAROLED (DT) DISPOSITION GUIDANCE

FOR OFFICIAL USE ONLY



(b) (7)(E)

## SELECTING A REASON

(b) (7)(E)

# PAROLED (DT) DISPOSITION GUIDANCE

FOR OFFICIAL USE ONLY



(b) (7)(E)

## INFORMATION ICON (TOOL TIP)

(b) (7)(E)





Department of Homeland Security
Bureau of Immigration & Customs Enforcement
5524 West Cypress Street
Tampa, Florida 33607

Date:  July 22, 2021

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | 5524 West Cypress Street, Tampa, FL 33607 | Room No. | Floor No. |
|---|---|---|---|
| **DATE AND HOUR** | September 24, 2021 | | |
| **ASK FOR** | Non-detained | | |
| **REASON FOR APPOINTMENT** | OSUP/OREC reporting requirements. | | |
| **BRING WITH YOU** | Government issued ID.  Reporting documents. | | |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.

Very truly yours,

| SIGNATURE | DATE |
|---|---|
| | |

Form G-56

(A)Field Office Director
(Rev.5-1-83)Y

Michael Meade
Field Office Director

Miami, Florida



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | **CASE TYPE** I485; I765 | | | | **NOTICE DATE** 02/15/2025 |
|---|---|---|---|---|---|
| **APPLICATION/PETITION/REQUEST NUMBER** MSC2590343273; MSC2590343274 | | | | **USCIS A#** A216 781 447 | **CODE** 3 |
| **ACCOUNT NUMBER** | | **TCR** | | **SERVICE CENTER** NBC | **PAGE** 1 of 2 |

JESUS MARIA RODRIGUEZ DELGADO
2021 EVERGLADES BLVD N
NAPLES FL 34120

PROCESSING STAMP

ASC SITE CODE:

REVIEW BY: MAR 0 5 2025

TENPRINTS QA REVIEW BY:

ON



**READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the Application Support Center (ASC) at the date and time specified. **TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT,** SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF YOU FAIL TO APPEAR AS SCHEDULED, USCIS WILL CONSIDER YOUR BENEFIT REQUEST ABANDONED AND IT MAY BE DENIED.

| **APPLICATION SUPPORT CENTER** USCIS FORT MYERS 3850 Colonial Blvd Suite 100 Fort Myers FL 33966 | **DATE AND TIME OF APPOINTMENT** 03/05/2025 03:00PM |
|---|---|

### WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring **all** notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** You must bring a valid government-issued photo identification. If the name on your identification is different than the name on your ASC notice, bring supporting documents. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

If you are sick, do not visit a USCIS office, follow the instructions on this notice to reschedule your appointment. If you have injuries that may interfere with your biometrics submission, USCIS may reschedule your appointment.

Cell phones or electronic devices must be turned off during biometrics submission. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment.

**NOTE:** If an ASC closes due to weather or other reasons, USCIS will automatically reschedule your appointment for the next available date and time and you will receive a new ASC appointment notice. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment.

You must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or for any purpose authorized by the Immigration and Nationality Act.

You may obtain a copy of your FBI record using the procedures outlined in 28 C.F.R. 16.32. Visit: https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/identity-history-summary-checks for more information. For Privacy Act information, please visit https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/compact-council/privacy-act-statement.

If you cannot attend your scheduled appointment, you may request to reschedule at https://my.uscis.gov/accounts/biometrics/overview or by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). You must make your request before the date and time of the original appointment, and you must establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, and you do not appear at your appointment, USCIS may consider your application, petition, or request abandoned and, as a result, it may be denied. For more information about rescheduling, see https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment.

If you cannot leave your home/hospital due to a serious ongoing medical condition, you may request a mobile biometrics appointment by following the instructions on the back of this notice under "Notice for People with Disabilities," or by visiting uscis.gov/accommodations.

**If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.**

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C   10/13/21



# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



### Important Information for Your Biometric Services Appointment

You must have a scheduled biometric services appointment before arriving at an Application Support Center (ASC). You must bring your printed ASC appointment notice (Form I-797C).

- Your notice has specific instructions on what you should bring to your ASC appointment including valid photo identification such as your Permanent Resident Card (also known as a Green Card), passport, or driver's license) and the completed ApplicantInformation Worksheet (AIW) below.
- Only those necessary to assist you with transportation or your appointment should accompany you to the ASC. This includes attorneys and interpreters.
- Family groups may appear together, even if they are scheduled for a different day.
- Military members may appear at an ASC during normal operating hours without an appointment.
- If you arrive more than 15 minutes before your appointment, you may be asked to wait to be processed.
- On the day of your appointment, please check for office closures or delays here: www.uscis.gov/about-us/uscis-office-closings
- For more information for visiting USCIS facilities, please visit: www.uscis.gov/policy-manual/volume-1-part-a-chapter-8
- ASCs do not provide information services or case services relating to the status of applications, petitions, or requests. To track the status of an immigration application, petition, or request, visit: https://egov.uscis.gov/

### APPLICANT'S INFORMATION WORKSHEET (AIW)

**NAME:** _Denis Maria Rodriguez Delgado_

FIRST    MIDDLE    LAST

**LIST ANY OTHER NAMES USED (MAIDEN NAME, PREVIOUS MARRIAGE, ALIAS, ETC.):**

1) _____
   FIRST    MIDDLE    LAST

2) _____
   FIRST    MIDDLE    LAST

**DATE OF BIRTH:** _04 - 12 - 1961_
   MONTH    DAY    YEAR

**COUNTRY OF BIRTH:** _CC_    **COUNTRY OF CITIZENSHIP:** _CC_

**SEX: (CHECK ONE)**
- ☒ MALE
- ☐ FEMALE

**RACE: (CHECK ONE)**
- ☐ ASIAN
- ☐ BLACK
- ☒ CAUCASIAN/LATINO
- ☐ NATIVE AMERICAN
- ☐ UNKNOWN

**EYE COLOR: (CHECK ONE)**
- ☐ BLACK
- ☐ BLUE
- ☐ BROWN
- ☒ GRAY
- ☐ GREEN
- ☐ HAZEL
- ☐ MAROON
- ☐ MULTICOLOR
- ☐ PINK
- ☐ UNKNOWN

**HAIR COLOR: (CHECK ONE)**
- ☐ BALD
- ☐ BLACK
- ☐ BLOND OR STRAWBERRY
- ☐ BLUE
- ☒ BROWN
- ☐ GRAY
- ☐ GREEN
- ☐ ORANGE
- ☐ PINK
- ☐ PURPLE
- ☐ RED OR AUBURN
- ☐ SANDY
- ☐ WHITE
- ☐ UNKNOWN

**HEIGHT:** _173_    OR _____
   FEET/INCHES    CENTIMETERS

**WEIGHT:** _153_    OR _____
   POUNDS    KILOGRAMS

When you provide your digital signature, you will be attesting to the following:

*I declare under penalty of perjury that I have reviewed and understand the document(s) identified by the receipt number displayed on the screen above, and that all the information in these materials is complete, true, and correct. This includes any:*

- *application, petition, or request that I submitted;*
- *application, petition, or request that I provided on behalf of my derivative beneficiary;*
- *application, petition, or request that was submitted on my behalf; and*
- *supporting documents, applications, petitions, or requests filed with my application, petition, or request that I (or my attorney or accredited representative) filed with USCIS, or that was filed on my behalf.*

### RETURN "AIW" TO APPLICANT

AIW: REVISED 31 JAN 2025



# THE UNITED STATES OF AMERICA



## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number MSC2590343274 | USCIS Account Number | Case Type I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| Received Date 01/28/2025 | Priority Date | Applicant A216 781 447 RODRIGUEZ DELGADO, JESUS MARIA |
| Notice Date 04/01/2025 | Page 1 of 1 | |

| | |
|---|---|
| JESUS MARIA RODRIGUEZ DELGADO 2021 EVERGLADES BLVDN NAPLES FL 34120 | **Notice Type:** Approval Notice Class: C09 Valid from 04/01/2025 to 03/31/2030 |

**We have approved your application for employment authorization.** We will send your Employment Authorization Document (EAD) (also known as an EAD card or Form I-766) to you separately. Your EAD card should be produced within one to two weeks. Your EAD card will be mailed via U.S. Postal Service (USPS) Priority Mail with Delivery Confirmation to the address you designated. The time frame in which you will receive your EAD card may vary, depending on USPS delivery times. Please allow a total of 30 days from approval before inquiring with USCIS. We encourage you to use Case Status Online https://egov.uscis.gov/ to find your USPS tracking number for EAD card delivery. If you have not received your EAD card within this time frame, please visit https://egov.uscis.gov/e-request/Intro.do for instructions on how to submit an inquiry.

Your EAD card is proof that you are allowed to work in the United States. Show the card to your employer to verify your authorization to work during the dates on the card. You cannot use this approval notice as proof of your employment authorization.

When you receive your EAD card, please check that all the information on the card is correct. If you need to change any information on the card, please mail all of the following to the office listed below:

- A letter explaining what information needs to be corrected,
- Your EAD card,
- A photocopy of this notice, and
- Evidence to show what the correct information should be. For example, if you need to correct your name, submit a copy of your birth certificate or official name change.

### If You Have a Pending Form I-485

If you have a pending or approved Form I-140 and a pending Form I-485, you may request to change employers if your Form I-485 has been pending for at least 180 days. In order to do so, you need to submit documentation about your new job offer. For more information on how to request a change of employers and what information you must submit, please visit the USCIS website at www.uscis.gov.

If your EAD card expires before we make a final decision on your Form I-485, you may apply for a new EAD card.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION.**

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002



USCIS Contact Center: www.uscis.gov/contactcenter

7 Product Way
Lees Summit, MO 64002

**USPS Tracking # eVS**



9205 5901 5370 8624 2327 55

USCIS National Customer Service Center
1-800-375-5283

JESUS MARIA RODRIGUEZ DELGADO
2021 EVERGLADES BLVDN
NAPLES, FL 34120-0000

Date  4/3/2025

# IMPORTANT INFORMATION – SAVE THIS NOTICE

Use this tear-off portion to speed your application for an extension or replacement card.

A#  216-781-447

JESUS MARIA RODRIGUEZ DELGADO
2021 EVERGLADES BLVDN
NAPLES, FL 34120-0000

Scan QR for more
information on
your card, rights,
and benefits.



RECEIPT #  MSC2590343274



CARD #  1A102453253597



## Help USCIS Serve You Better

We recommend that you keep this notice for your records. It has important information.

The tear-off portion of this notice can help speed your application for an extension or replacement card. When you file for another card, we recommend you attach the tear-off portion to your completed application.





**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**MIAMI IMMIGRATION COURT**

Respondent Name:

   RODRIGUEZ-DELGADO, JESUS MARIA

To:

   RODRIGUEZ-DELGADO, JESUS MARIA
   2021 EVERGLADES BLVD N
   NAPLES, FL 34120

A-Number:
216-781-447
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
05/30/2025

## ORDER ON MOTION TO DISMISS

☐ The Respondent ☑ the Department of Homeland Security ☐ the parties jointly has/have filed a motion to dismiss these proceedings under 8 CFR 1239.2(c). The moving party has given notice of the motion to the non-moving party and the court has provided the non-moving party with an opportunity to respond. The motion is ☐ opposed ☑ unopposed.

After considering the facts and circumstances, the immigration court orders that the motion to dismiss is:

☑ Granted without prejudice
☐ Denied

Further explanation:

The Department of Homeland Security has motioned to dismiss these proceedings as an exercise of their prosecutorial discretion. The motion is granted.

IT IS SO ORDERED.